UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LIZA C. ARIZA | CIVIL ACTION |
| VERSUS | NO. 3:13-CV-00419 |
| LOOMIS ARMORED US, LLC | JUDGE SHELLY D. DICK |
| | MAGISTRATE STEPHEN RIEDLINGER |

**DEFENDANT, LOOMIS ARMORED US, LLC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, Loomis Armored US, LLC, who, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully submits this motion for partial summary judgment to confirm plaintiff's, Liza C. Ariza's, confirmation of withdrawal of her claims against defendant for employment discrimination based upon sex under the Civil Rights Act of 1964, 42 U.S.C. §2000 *et seq.*(as amended in 1972); [Title VII] and its state equivalent, La.R.S. 23:322 *et seq.*  For  the reasons more fully explained in the accompanying memorandum in support of Loomis's Motion for Partial Summary Judgment, defendant requests same should be granted, with costs and all legal and equitable relief.

        Respectfully submitted,

        *s/ Clare W. Trinchard*
        CLARE W. TRINCHARD, T.A.  (#06932)
        JAMES L. TRINCHARD   (#12920)
        TRINCHARD & TRINCHARD, LLC
        858 Camp Street
        New Orleans, Louisiana  70130
        Telephone:   504.523.1986
        Facsimile:    504.529.8941
        Clare.Trinchard@trinchardlaw.com
        James.Trinchard@trinchardlaw.com
        Attorneys for Defendant,
        Loomis Armored US, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of July, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and that notice to all parties will be served by operation of the court's electronic filing system

    *s/ Clare W. Trinchard*