# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LIZA C. ARIZA** | Case No. 3:13-cv-00419 |
| | JUDGE JOHN W. deGRAVELLES |
| v. | |
| | MAGISTRATE JUDGE ERIN WILDER-DOOMES |
| | JURY TRIAL |
| **LOOMIS ARMORED US LLC** | |

## JURY VERDICT FORM

### FIRST CLAIM - DISCRIMINATION BASED ON ACTUAL DISABILITY IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

INTERROGATORY Number 1a

Has Plaintiff, Liza C. Ariza, proved that Defendant, Loomis Armored US LLC, terminated Plaintiff because of her having an actual disability?

_____ Yes   __✓__ No

(If you answered "Yes," proceed to Interrogatory Number 1b. If you answered "No," then proceed to Interrogatory Number 2a.)

INTERROGATORY Number 1b
Has Defendant proved that it would have made the same

decision to terminate Plaintiff even if she had not been disabled?

_____ Yes _____ No

  (If you answered "Yes," proceed to Interrogatory Number 2a. If you answered "No," proceed to Interrogatory Number 1c.)

INTERROGATORY Number 1c
Has Defendant proved that its policy that caused Plaintiff to be terminated was justified by a business necessity?

_____ Yes _____ No

  (If you answered "Yes," proceed to Interrogatory Number 2a. If you answered "No," proceed to Interrogatory Number 1d.)

INTERROGATORY Number 1d
Has Defendant proved that Plaintiff's continued employment would have posed a direct threat to Plaintiff or others in the workplace?

_____ Yes _____ No

  (If you answered "Yes," proceed to Interrogatory Number 2a. If you answered "No," proceed to Interrogatory Number 1e.)

INTERROGATORY Number 1e
Has Defendant proved that Plaintiff's disability was a minor condition?

_____ Yes _____ No

(Regardless of whether you answered "Yes" or "No" to Interrogatory Number 1e, proceed to Interrogatory Number 2a.)

## SECOND CLAIM - DISCRIMINATION BASED ON RECORD OF BEING OR BEING REGARDED AS DISABLED IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

INTERROGATORY Number 2a

Did Plaintiff, Liza C. Ariza, have a record of an epileptic or seizure disorder or was she regarded as having a history such a disability by Defendant?

_____ Yes \_\_\_✓\_\_\_ No

(If you answered "Yes," proceed to Interrogatory Number 2b. If you answered "No," then proceed to Interrogatory Number 3a.)

INTERROGATORY Number 2b

Has Defendant proved that it would have made the same decision to terminate Plaintiff even if it had not considered her disabled?

_____ Yes _____ No

(If you answered "Yes," proceed to Interrogatory Number 3a. If you answered "No," proceed to Interrogatory Number 2c.)

INTERROGATORY Number 2c
Has Defendant proved that its policy that caused Plaintiff to be terminated was justified by a business necessity?

_____ Yes _____ No

(If you answered "Yes," proceed to Interrogatory Number 3a. If you answered "No," proceed to Interrogatory Number 2d.)

INTERROGATORY Number 2d
Has Defendant proved that Plaintiff's continued employment would have posed a direct threat to Plaintiff or others in the workplace?

_____ Yes _____ No

(If you answered "Yes," proceed to Interrogatory Number 3a. If you answered "No," proceed to Interrogatory Number 2e.)

INTERROGATORY Number 2e
Has Defendant proved that the impairment Plaintiff was regarded as having was minor and would last six months or less?

_____ Yes _____ No

(Regardless of whether you answered "Yes" or "No" to Interrogatory Number 2e, proceed to Interrogatory Number 3a.)

## THIRD CLAIM – FAILURE TO ACCOMMODATE DISABILITY IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

INTERROGATORY Number 3a

Did Defendant fail to reasonably accommodate Plaintiff's disability?

_____ Yes   ___✓___ No

   (If you answered "Yes," proceed to Interrogatory Number 3b. If you answered "No," proceed to Interrogatory Number 4a.)


INTERROGATORY Number 3b

Has Defendant proved that it would have been an undue hardship for it to accommodate Plaintiff's alleged disability?

_____ Yes _____ No

   (If you answered "Yes," proceed to Interrogatory Number 4a. If you answered "No," proceed to Interrogatory Number 3c.)


INTERROGATORY Number 3c

Has Defendant proved that it would have made the same decision to terminate Plaintiff even if Plaintiff had not been disabled or even if it had not considered her disabled?

_____ Yes _____ No

   (If you answered "Yes," proceed to Interrogatory Number 4a. If you answered "No," proceed to Interrogatory No. 3d.)

INTERROGATORY Number 3d
Has Defendant proved that its policy that caused Plaintiff to be terminated was justified by a business necessity?

_____ Yes _____ No

(If you answered "Yes," proceed to Interrogatory Number 4a. If you answered "No," proceed to Interrogatory Number 3e.)

INTERROGATORY Number 3e
Has Defendant proved that Plaintiff's continued employment would have posed a direct threat to Plaintiff or others in the workplace?

_____ Yes _____ No

(Regardless of whether you answered "Yes" or "No" to Interrogatory Number 3e, proceed to Interrogatory Number 4a.)

**FOURTH CLAIM - VIOLATION OF FAMILY AND MEDICAL LEAVE ACT**
INTERROGATORY Number 4a:
Did Defendant fail or refuse to restore Plaintiff to her same or an equivalent job on her return from FMLA leave?

_____ Yes \_\_\_✓\_\_\_ No

(If you answered "No" to Interrogatory Numbers 1a, 2a, 3a, **and** 4a, then STOP, sign and date the Jury Verdict Form, and alert the CSO.

If you answered "Yes" to Interrogatory Number 4a,

proceed to Interrogatory Number 4b.)

INTERROGATORY Number 4b:
Has Defendant proven that Plaintiff's previous position or its equivalent was no longer available to Plaintiff due to reasons unrelated to her decision to take a period of medical leave?

_____ Yes _____ No

(Proceed to Interrogatory Number 5 **only** if you answered the earlier questions in the following way:

(i) "Yes" to Interrogatory Number 4a **and** "No" to Interrogatory Number 4b; **or**

(ii) "Yes" to Interrogatory Number 1a **and** "No" to Interrogatory Numbers 1b, 1c, 1d, **and** 1e; **or**

(iii) "Yes" to Interrogatory Number 2a **and** "No" to Interrogatory Numbers 2b, 2c, 2d, **and** 2e; **or**

(iv) "Yes" to Interrogatory Number 3a **and** "No" to Interrogatory Numbers 3b, 3c, 3d, **and** 3e.

Otherwise, STOP, sign and date the Jury Verdict Form, and alert the CSO.)

## COMPENSATORY DAMAGES UNDER THE AMERICANS WITH DISABILITIES ACT AND/OR FAMILY AND MEDICAL LEAVE ACT

INTERROGATORY Number 5:
Do you find that the Plaintiff, Liza C. Ariza, suffered any compensatory damages?

_____ Yes _____ No

(If you marked "Yes," please proceed to Interrogatory Number 6.  If you answered "No," then STOP, sign and date the Jury Verdict Form, and alert the CSO.)

INTERROGATORY Number 6

What amount will compensate Plaintiff, Liza C. Ariza, for the damages, if any, she suffered as a result of the Defendant's violation of the Americans with Disabilities Act and/or the Family and Medical Leave Act?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and enjoyment of life.

    AMOUNT  $_____

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    AMOUNT  $_____

3. Wages and benefits from date of adverse action through present date:

    AMOUNT  $_____

(If you awarded damages above, proceed to Interrogatory Number 7.)

INTERROGATORY Number 7
Do you find that Plaintiff failed to reduce her damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of her termination?

_____ Yes _____ No

(If you marked "Yes," please proceed to Interrogatory Number 8.  If you answered "No" to Interrogatory Number 7 and "Yes" to Interrogatory Number 1a, 2a, **or** 3a, then proceed to Interrogatory Number 9.)

INTERROGATORY Number 8
How much would Plaintiff have earned had she exercised reasonable diligence under the circumstances to minimize her damages?

AMOUNT  $_____

(If you answered "Yes" to Interrogatory Number 1a, 2a, **or** 3a, proceed to Interrogatory Number 9.

If you answered "No" to Interrogatory Numbers 1a, 2a, **and** 3a, STOP, sign and date the Jury Verdict Form, and alert the CSO.)

**PUNITIVE DAMAGES UNDER THE AMERICANS WITH DISABILITIES ACT**
INTERROGATORY Number 9
If you found that Plaintiff, Liza C. Ariza, suffered a violation of the Americans with Disabilities Act, do you find that the individual who discriminated against Plaintiff was acting in a managerial capacity, did so while acting in the scope of his or her

employment with Defendant, and acted with malice or with reckless indifference to her rights, thereby entitling Plaintiff to punitive damages?

_____ Yes _____ No

    (If you marked "Yes" in answering Interrogatory Number 10, please proceed to Interrogatory Number 8. If you marked "No", please STOP, sign and date the form below, and alert the CSO.)

INTERROGATORY Number 10
If you answered "Yes" to Interrogatory Number 9, write the amount of punitive damages you feel fair under the circumstances.

AMOUNT $_____

(Please sign the verdict form and hand it in.)

Signatures of Jury Members with Date: